FORM 1

NOTICE OF APPEAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 09 2023 ★

BROOKLYN OFFICE

\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
FOR THE
Eastern DISTRICT OF New York

United States

v.

Joshua Robinson

NOTICE OF APPEAL

10-789
Docket No.

Notice is hereby given that Joshua Robinson
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it)

entered in this action on the 18 day of July, 20 22.

Joshua Robinson
Signature

Joshua Robinson
Printed Name

FCI Ray Brook
Address

P.O. Box 900 Ray Brook NY 12977

( )
Telephone No. (with area code)

RECEIVED IN PRO SE OFFICE
FEB 09 2023 PRO SE OFFICE
FEB 0 9 2023

Date: Feb 3 2023

## NOTICE OF APPEAL FORM
(Form 1 is attached.)

NOTE:
You may use this form to take an appeal provided that it arrives in the office of the Clerk of the district court within 30 days of the date of entry of the decision (60 days if the United States or an officer or agency of the United States is a party).

FORM 2

## NOTICE OF MOTION FOR EXTENSION OF TIME

* * * * * * * * * * *

UNITED STATES DISTRICT COURT
FOR THE
__Eastern__ DISTRICT OF __New York__

United States

v.

Joshua Robinson

NOTICE OF MOTION FOR
EXTENSION OF TIME

Docket No. __10-789__

Pursuant to FRAP 4(a)(5), __Joshua Robinson__ (party) respectfully requests leave to file the within notice of appeal out of time. __Joshua Robinson__ (party) desires to appeal the decision in this action on __July 18, 2022__ (date), but failed to file a notice of appeal within the required number of days because: [Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.] __Failure to file a notice of appeal because of an institutional lockdown.__

__Joshua Robinson__
Signature

__Joshua Robinson__
Printed Name

__FCI Ray Brook P.O. Box 900__
Address

__Ray Brook, NY 12977__

__( )__
Telephone No. (with area code)

Date: __Feb 3 2023__

# MOTION FOR EXTENSION OF TIME
(Form 2 is attached.)

NOTE:

You may use this form, together with a copy of Form 1, if you are seeking to appeal a decision and did not file a copy of Form 1 within the required time. If you follow this procedure, these forms must be received in the office of the Clerk of the district court no later than 60 days from the date on which the decision was entered (90 days if the United States or an officer or agency of the United States is a party).