IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 13 2023 ★

BROOKLYN OFFICE

No Fee Rec'd

JOSHUA Q. ROBINSON,

v.                              Crim. No. 1:10-cr-00789

UNITED STATES OF AMERICA,

## NOTICE OF APPEAL

COMES Petitioner, JOSHUA Q. ROBINSON, appearing *pro se,* and timely gives his notice of appeal of the February 1, 2023, Order entered by Nicholas G. Garaufis [Doc. 201-202] Affirmed Notice of Appeal for Robinson's Motion for Reconsideration of his Motion for Compassionate Release/Reduction in Sentence.

Respectfully submitted,

*[signature: Joshua Q Robinson]*

JOSHUA QUAZAIN ROBINSON
REG. NO. 78593-053
FCI RAY BROOK
FEDERAL CORR. INSTITUTION
P.O. BOX 900
RAY BROOK, NY  12977
Appearing *Pro Se*

JOSHUA QUAZAIN ROBINSON
REG. NO. 78593-053
FCI RAY BROOK
FEDERAL CORR. INSTITUTION
P.O. BOX 900
RAY BROOK, NY 12977

February 9, 2023

Ms. Brenna B. Mahoney
Clerk of Court
U.S. District Court
Eastern District of New York
Brooklyn Division
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 13 2023 ★

BROOKLYN OFFICE

RE: *Robinson v. United States*
Crim No. 1:10-cr-00789

Dear Ms. Mahoney:

Enclosed please find and accept for timely filing Petitioner's Notice of Appeal of the Endorsed Order denying his Motion for Compassionate Release, and an Application To Proceed in District Court Without Prepaying Fees or Cost will be forthcoming.

Thank you for your assistance in this matter.

Sincerely,

*Joshua Q Robinson*

JOSHUA Q. ROBINSON
Appearing *Pro Se*