Mr. Joshua Robinson
Reg. No. 78593-053
F.C.I. Ray Brook
Post Office Box 900
Ray Brook, New York 12977

Received in P-drive
on 04/17/2023
(EG)

04-4-2023

Chambers of the Honorable
Judge Nicholas G. Garafaus
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Joshua Robinson</u>, No. 10-Cr-789

Dear Honorable Judge Garafaus:

    I am writing your Honor respectfullyyseeking your assistance in obtaining in obtaining my sentencing transcripts in the above-named criminal case.

    Specifically, I am attempting to obtain these transcripts so that I can show the Federal Bureau of Prison authorities that the sentence computation they have on record is incorrect. This is because I was not credited a period of over 24 months towards either my federal sentence or my consecutive state sentence. The latter of which I served over my maximum on due to the sentencing calculation error.

    In order to have this computation error corrected I have to exhuast my administrative rememdies, and may only do so by showing the errors in each of the federal and state sentencing records.

    I have attempted to personally and through familymembers to contact the court stenographer; however, my family and I have repeatedlyy been told by the court stenographer "Mary" that the papers are on the way, and that was several months ago.

    I would very much appreciate your assistance in this very important matter, and look forward toohearing from Your Honor soon.

Respectfully submitted,

*Joshua Robinson*
Mr. Joshua Robinson
Pro se Defendant